United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DUNBAR,<br><br>    Plaintiff,<br><br>v.<br><br>A. DAHLBERG, et al.,<br><br>    Defendants. | Case Nos. 23-cv-00905-AMO (PR)<br><br>**ORDER DENYING REQUEST TO STAY MERITS-BASED DISCOVERY; AND DIRECTING DEFENDANTS TO FILE ONE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 32 |
| EDDIE DUNBAR,<br><br>    Plaintiff,<br><br>v.<br><br>G. DARRETT, et al.,<br><br>    Defendants. | Case No. 23-cv-00906-AMO (PR)<br><br>**ORDER DENYING REQUEST TO STAY MERITS-BASED DISCOVERY; AND DIRECTING DEFENDANTS TO FILE ONE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 29 |

    Before the Court in the above-captioned actions are Defendants' administrative motions to stay merits-based discovery pending resolution of a summary-judgment motion based on *Heck v. Humphrey*, 512 U.S. 477 (1994), and if the Court denies the motion, for an extension of time to file a second, merits-based summary-judgment motion sixty-days from the date the Court issues its order denying the *Heck* motion.

    Prior to the instant motions, Defendants requested in each action "that the Court modify its scheduling order and set a new briefing schedule that accommodates Defendants' need to investigate facts and prepare a summary-judgment or other dispositive motion." Dkt. 30 at 2 in Case No. 23-cv-00905-AMO (PR); Dkt. 27 at 2 in Case No. 23-cv-00906-AMO (PR). The Court

granted Defendants' requests to set a new briefing schedule in both actions, and the motions for summary judgment are due on June 25, 2024.  *See* Dkt. 31 in Case No. 23-cv-00905-AMO (PR); Dkt. 28 in Case No. 23-cv-00906-AMO (PR).

Defendants' administrative motions to stay merits-based discovery and file more than one motion for summary judgment are **DENIED**.  *See* Standing Order for Civil Cases, Section E.1.  Moreover, the Court has already granted Defendants a previous extension of time to file their motions for summary judgment.

Accordingly, Defendants shall file **one** motion for summary judgment in each case no later than **June 25, 2024**.  The plaintiff's opposition must be submitted in each case no later than **twenty-eight (28) days** after the date on which Defendants' motion is filed.  Defendants shall file a reply brief in each case no later than **fourteen (14) days** after the plaintiff's opposition is filed.

This Order terminates Docket No. 32 in Case No. 23-cv-00905-AMO (PR) and Docket No. 29 in Case No. 23-cv-00906-AMO (PR).

**IT IS SO ORDERED.**

Dated:  May 21, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**